IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYJUAN YOUNG,<br><br>      Plaintiff,<br><br>      v.<br><br>ALLISON BEATTY, MARK C. CURRAN, JR.,<br>SHERIFF, in his individual and official capacity,<br>ELIZABETH HANSEN, MARLEE LITTLE, and<br>ARMOR CORRECTIONAL HEALTH<br>SERVICES, INC.<br><br>      Defendants. | CASE NO. 1:17-CV-03095<br><br><br>HON. MATTHEW F. KENNELLY<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE OF the substitution of the appearance of Sara Kim of Jenner & Block LLP, in place of the appearance previously entered by Daniel A. Epstein of Jenner & Block LLP, as counsel for Plaintiff Tyjuan Young. Pursuant to Local Rule 83.17, leave of Court to substitute appearance is not required because withdrawing and substituting counsel are of the same firm.

Mr. Epstein's withdrawal will not cause any delay in these proceedings because Andrew W. Vail of the law firm of Jenner & Block LLP will remain attorney of record for Plaintiff.

Dated:  May 1, 2019                          Respectfully submitted,

                                             TYJUAN YOUNG

                                             By:      */s/ Sara Kim*
                                                      One of His Attorneys

                                                      Stephen C. Hackney, P.C.
                                                      Gregory B. Sanford
                                                      Marquel Reddish
                                                      KIRKLAND & ELLIS LLP
                                                      300 North LaSalle
                                                      Chicago, Illinois 60654
                                                      Telephone: (312) 862-2000
                                                      Facsimile: (312) 862-2200
                                                      shackney@kirkland.com


                                                      Andrew W. Vail
                                                      Sara Kim
                                                      JENNER & BLOCK LLP
                                                      353 N. Clark Street
                                                      Chicago, IL 60654-3456
                                                      Telephone:  (312) 222-9350
                                                      Facsimile:  (312) 527-0484
                                                      avail@jenner.com


                                                      *Attorneys for Tyjuan Young*

2

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5 and Northern District of Illinois Local Rule 5.5, the undersigned, an attorney of record in this case, hereby certifies that on May 1, 2019, a true and correct copy of this **Notice of Substitution of Counsel** was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

Dated: May 1, 2019

Respectfully submitted,

*/s/ Andrew W. Vail*
Andrew W. Vail
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
avail@jenner.com

*Attorney for Tyjuan Young*